UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

STUART RICHARD BLATT     CASE NO.: 17-19159-PGH
                              Chapter 13

    Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF PAPERS AND ELECTRONIC NOTIFICATION**

**PLEASE TAKE NOTICE** that Steven M. Davis, Esq. of Becker & Poliakoff, P.A., and Eric S. Schuster, Esquire of Funk and Bolton, P.A. hereby enter their appearance as co-counsel on behalf of Creditor Revere Bank, in accordance with Bankruptcy Rule 2002 and Local Rule 2002-1 all parties are requested to serve copies of any and all motions, pleadings, reports and/or documents of any kind filed in these proceedings, whether filed by the Court, the Debtor, or any other party in interest, upon said counsel.

In addition, it is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

Steven M. Davis, Esq.
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Tel: (305) 262-4433
Email: sdavis@bplegal.com

Eric S. Schuster, Esq.
Funk & Bolton, P.A.
Twelfth Floor
36 South Charles Street
Baltimore, Maryland 21201-3111
Email: eschuster@fblaw.com

Dated this 7th day of August, 2017.

**BECKER & POLIAKOFF, P.A.**
*Attorneys for Creditor Revere Bank*
121 Alhambra Plaza, 10th Floor
Coral Gables, FL  33134
(305) 262-4433 Telephone
E-mail: Sdavis@bplegal.com

By: _____
Steven M. Davis
Florida Bar # 894249

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF Notification to all parties indicated in CM/ECF on this 7th[th] day of August, 2017.

By _____
Steven M. Davis
Florida Bar # 894249