

ORDERED in the Southern District of Florida on August 4, 2017.

Paul G. Hyman, Jr., Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

STUART RICHARD BLATT

        Debtor.
_____/

Case No. 17-19159-PGH

Chapter 13

### ORDER GRANTING EX PARTE MOTION TO EXTEND TIME TO FILE PAPERS

THIS CAUSE came before the Court upon Debtor's motion to extend the time to file Debtor's Schedules A through J, Statement of Financial Affairs, Chapter 13 Plan, Summary of Schedules and Form 122C-1, and the Court having been advised upon the premises does hereby, be it:

ADJUDGED, that the motion is GRANTED. Debtor has until August 19, 2017 to file its

Schedules A through J, Statement of Financial Affairs, Chapter 13 Plan, Summary of Schedules and Form 122C-1.  No further extensions will be granted absent extraordinary circumstances.

###

Prepared by Jeffrey M. Siskind, who shall serve this order and file a certificate of service.