**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Blatt, Stuart Richard   JOINT DEBTOR: _____   CASE NO.: 17-19159
Last Four Digits of SS# 4140   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.  $ 2,438.42  for months  1  to  60 ;
  B.  $_____ for months _____ to _____;
  C.  $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 2,250   TOTAL PAID $ 2,250
   Balance Due   $ -0-   payable $_____/month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  Nationstar Mortgage    Arrearage on Petition Date  $ 31,494.22
Address: POB 619063    Arrears Payment   $ 524.90 /month (Months 1 to 60)
   Regular Payment   $ 1,023.35 /month (Months 1 to 60)
Account No: 3642

2.  Nationstar Mortgage    Arrearage on Petition Date  $ 7,150.55
Address: POB 619063    Arrears Payment   $ 119.17 /month (Months 1 to 60)
Dallas, TX 75261    Regular Payment   $ 509.62 /month (Months 1 to 60)
Account No: 1061

3.  _____    Arrearage on Petition Date  $_____
Address: _____    Arrears Payment   $_____/month (Months ___ to ___)
   Regular Payment   $_____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ___To___ |  |
|  | $ | % | $ | ___To___ |  |
|  | $ | % | $ | ___To___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. I.R.S.   Total Due  $ 883.00
   Payable   $ 14.71 /month (Months 1 to 60) Regular Payment $ n/a
2. _____    Total Due  $_____
   Payable   $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 25.00 /month (Months 1 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Stuart Richard Blatt   _____
Debtor   Joint Debtor
Date: 8/19/2017   Date: _____

LF-31 (rev. 01/08/10)