UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

    STUART RICHARD BLATT                      Case No. 17-19159-PGH

                Debtor.                                  Chapter 13
_____ _____/

## **MOTION TO REINSTATE CASE**

    **C**OMES NOW the Debtor, by and through undersigned counsel, and moves to reinstate this case, and states:

    1.    This case was filed on July 20, 2017 as a skeletal petition.

    2.    Debtor sought and obtained an extension for time to file its schedules, Chapter 13 Plan and other initial documents until August 19th, 2017, which date was a Saturday enabling the timely filing of documents on Monday, August 21, 2017.

    3.    On August 21, 2017, Debtor finished preparing and filed all of its required documents, except that it neglected to file the Chapter 13 Palm which was finalized on August 21, 2017>

    4.    Debtor's failure to file its Chapter 13 Plan was an oversight by its counsel, whose neglect said counsel submits is excusable.

    5.    The 341 Meeting of Creditors has not been scheduled in this matter and reinstatement will not be prejudicial to any creditor.

    6.    Debtor immediately filed the Chapter 13 Plan which Debtor's counsel prepared on August 21, 2017 upon learning of the deficiency earlier today.

WHEREFORE, Movant requests that the Court reinstate this case by issuance of the standard local form order.

**JEFFREY M. SISKIND, ESQ.**

_____/s/ Jeffrey M. Siskind____
FBN 138746
SISKIND LEGAL
525 S. Flagler Drive, Ste. 500
West Palm Beach, FL  33401
TEL    (561) 791-9565
FAX    (561) 791-9581
jeffsiskind@msn.com


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Reinstate Case was served on August 28, 2017 upon all parties in this action in accordance with Local Rule 2002-1(A)(1) as follows:

1. By CM/ECF to these parties who are currently on the list to receive email notice/service for this case.

- Bouavone Amphone    bkyecf@rasflaw.com, bamphone@rasflaw.com;ras@ecf.courtdrive.com
- Steven M Davis    sdavis@bplegal.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jeffrey M Siskind    jeffsiskind@msn.com, jmsesq500@gmail.com
- Deborah S. Sugarman    dsugarman@kayebenderlaw.com
- Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com
- Scott R. Weiss    scott.weiss@clegalgroup.com, bankruptcy@clegalgroup.com

2. By U.S. Mail to all parties on the current official matrix attached as an exhibit.

_____/s/ Jeffrey M. Siskind___
Jeffrey M. Siskind, Esquire
FBN 138746