UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 17-19159 PGH
CHAPTER 13 CASE

IN RE:

STUART RICHARD BLATT
AKA MARGOLIS, PRITZKER, EPTSTEIN & BLATT, PC
Debtor(s).
_____/

**PRELIMINARY OBJECTION TO
CONFIRMATION OF PLAN**

MOVANT, **NATIONSTAR MORTGAGE LLC**, a secured creditor, for property located at 4750 S OCEAN BLVD UNIT 308, BOCA RATON, FL 33487 by and through its undersigned attorney, objects to confirmation of Debtor's plan and states as follows:

1. The Movant intends to file a Proof Claim showing total arrearage due under its mortgage of $39,532.62 and the total debt of $273,140.34 and the regular post-petition monthly payments of which includes escrows of $499.46. Debtor's Plan fails to provide for full payment of $1,677.79 that secured claim in violation of the requirements of §1325(a)(5).

2. Movant reserves the right to file a supplemental objection.

3. Movant has not accepted the Plan.

WHEREFORE, Movant, **NATIONSTAR MORTGAGE LLC**, files this preliminary objection to confirmation of plan and moves the Court to deny confirmation of said plan.

17-01152

I HEREBY certify that a true and correct copy of the Preliminary Objection to Confirmation of Plan was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this 23 day of October, 2017.

> Choice Legal Group, P.A.
> P.O. Box 9908
> Fort Lauderdale, FL 33310-0908
> Telephone: (954) 453-0365/1-800-441-2438
> Facsimile:  (954) 771-6052
> Scott.Weiss@clegalgroup.com
>
> By: _____
> Scott R. Weiss, Esq.
> Bar Number: 0710910

Mailing List for Bankruptcy Case No: 17-19159 PGH

U.S. TRUSTEE
OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

ROBIN R. WEINER, TRUSTEE
PO BOX 559007
FT. LAUDERDALE, FL 33355

STUART RICHARD BLATT
4750 S. OCEAN BLVD #308
HIGHLAND BEACH, FL  33487

JEFFREY M. SISKIND, ESQ
525 S. FLAGLER DRIVE # 500
WEST PALM BEACH, FL  33401

17-01152