UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:

STUART RICHARD BLATT					CASE NO.: 17-19159-PGH
							Chapter 13

    Debtor.
_____/

## OBJECTION TO CONFIRMATION OF PLAN

Movant, Creditor Revere Bank, a secured creditor, for property located at 4750 S. Ocean Drive, Unit 308, Boca Raton, Fl. 33478, by and through its counsel, objects to the confirmation of Debtor's Plan and states as follows:

1. Movant recorded a certified copy of a judgment in the Public Records of Palm Beach County, Florida on March 7, 2016 in Book 28146 at Page 1662. As of January 29, 2016, the amount of the judgment against the Debtor was $442,008.97 plus attorneys' fees of $39,027.50, plus prejudgment interest accruing interest at the rate of $85.71 per day after December 29, 2015 to the date of the judgment, plus post judgment interest and costs.

2. Movant intends to file a proof of Claim showing the total arrearage due under its judgment.

3. Debtor has incorrectly listed Movant as an unsecured creditor when in fact Movant is a secured creditor. Debtor's plan fails to provide for full payment of the aforementioned secured claim.

4. Movant reserves its right to file a supplemental objection.

5. Movant has not accepted the Plan.

WHEREFORE, Movant, Revere Bank, files this preliminary objection to confirmation of Plan and moves the Court to deny confirmation of said plan.

**Dated this 27th day of October, 2017.**

        **BECKER & POLIAKOFF, P.A.**
        *Attorneys for Creditor Revere Bank*
        121 Alhambra Plaza, 10th Floor
        Coral Gables, FL 33134
        (305) 262-4433 Telephone
        E-mail: Sdavis@bplegal.com

By: _____
Steven M. Davis
Florida Bar # 894249

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served via CM/ECF Notification to all parties indicated in CM/ECF on this 27th day of October, 2017.

By_____
Steven M. Davis
Florida Bar # 894249

ACTIVE: R23289/375264:10252557_1