UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

■ First _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Stuart Richard Blatt      JOINT DEBTOR: _____      CASE NO.: 17-19159-PGH

SS#: xxx-xx- 4140      SS#: xxx-xx- _____

### I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ■ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ■ | ☐ |
| Nonstandard provisions, set out in Section VIII | ☐ | ■ |

### II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $0.00 _____ for months _____ to _____ ;
2. $0.00 _____ for months _____ to _____ ;
3. $0.00 _____ for months _____ to _____ ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: $2250.00 | Total Paid: $2250.00 | Balance Due: $0.00 |
|---|---|---|

Payable ____$0.00____ /month (Months ____ to ____)

Allowed fees under LR 2016-l(B)(2) are itemized below:

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

### III. TREATMENT OF SECURED CLAIMS

A. **SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Nationstar Mortgage, LLC

   Address: POB 619063
   Dallas, TX  75261

   Arrearage/ Payoff on Petition Date   $39,532.62

   Arrears Payment (Cure)   $524.90   /month (Months  1  to  60 )

   Regular Payment (Maintain)   $1,023.35   /month (Months  1  to  60 )

   Last 4 Digits of Account No.:  3642

   Other:  POC#6

☒ Real Property                                      Check one below for Real Property:
　　☒ Principal Residence                            ☒ Escrow is included in the regular payments
　　☐ Other Real Property                            ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
4570 S. Ocean Boulevard #308
Highland Beach, FL  33487

☐ Personal Property/Vehicle

Description of Collateral:

---

2. Creditor: Nationstar Mortgage, LLC

   Address: POB 619063
            Dallas, TX 75261

   Arrearage/ Payoff on Petition Date    $7,150.55
   Arrears Payment (Cure)                $119.17    /month (Months  1  to  60  )
   Regular Payment (Maintain)            $509.62    /month (Months  1  to  60  )

   Last 4 Digits of
   Account No.:  1061

   Other:  No POC Filed

☒ Real Property                                      Check one below for Real Property:
　　☐ Principal Residence                            ☒ Escrow is included in the regular payments
　　☒ Other Real Property                            ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
5401 NW 2nd Avenue #229
Boca Raton, FL  33487

☐ Personal Property/Vehicle

Description of Collateral: Rental Condominium

---

3. Creditor: Aberdeen Arms Condominium Association c/o Kaye Bender Rembaum

   Address: 1200 Park Central South
            Pompano Beach, FL
            33064

   Arrearage/ Payoff on Petition Date    $12,101.35
   Arrears Payment (Cure)                $201.69    /month (Months  1  to  60  )
   Regular Payment (Maintain)            $663.33    /month (Months  1  to  60  )

   Last 4 Digits of
   Account No.:  0308

   Other:  POC#3

☒ Real Property                                      Check one below for Real Property:
　　☒ Principal Residence                            ☐ Escrow is included in the regular payments
　　☐ Other Real Property                            ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
4570 South Ocean Boulevard #308
Highland Beach, FL  33487

☐ Personal Property/Vehicle

Description of Collateral: Debtor's homestead

---

4. Creditor: Gil Aboodi c/o Jerome Tepps, P.A.

   Address: 4300 N. Univ. Dr C102
            Sunrise, FL  33351

   Arrearage/ Payoff on Petition Date    $20,000.00
   Arrears Payment (Cure)                $0.00      /month (Months  1  to  60  )
   Regular Payment (Maintain)            $250.00    /month (Months  1  to  60  )

   Last 4 Digits of
   Account No.:  n/a

   Other:  No POC Filed

Debtor(s): Stuart Richard Blatt                    Case number: 17-19159-PGH

| ☒ Real Property | Check one below for Real Property: |
|---|---|
| ☐ Principal Residence | ☐ Escrow is included in the regular payments |
| ☒ Other Real Property | ☒ The debtor(s) will pay ☒ taxes ☒ insurance directly |

Address of Collateral:
2502 Antigua Ter B-4
Coconut Creek, FL 33066

☐ Personal Property/Vehicle

Description of Collateral: Rental Property

B. **VALUATION OF COLLATERAL:** ☒ NONE

C. **LIEN AVOIDANCE** ☐ NONE

☒ Judicial liens or nonpossessory, nonpurchase money security interests securing the claims will be avoided to the extent that they impair the exemptions under 11 U.S.C. § 522 as listed below. A separate motion will also be served pursuant to BR 7004 and LR 3015-3.

1. Creditor: Revere Bank c/o Becker & Poliakoff, P.A.     Collateral: Recorded Judgment at ORB 28146, PG 1662
   Address: 121 Alhambra Plaza, 10th Floor
            Coral Gables, FL  33134                        Exemption: Florida Homestead
   Last 4 Digits of Account No.: n/a

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

B. **INTERNAL REVENUE SERVICE:** ☐ NONE

Total Due: $883.00     Total Payment $14.17
Payable: $16.05 /month (Months 6 to 60 )

C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay $25.00 /month (Months 6 to 60 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

Debtor(s): Stuart Richard Blatt         Case number: 17-19159-PGH

- ☒ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

VIII.  **NON-STANDARD PLAN PROVISIONS**   ☐ NONE

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

|  Debtor | Date |  Joint Debtor | Date |
| --- | --- | --- | --- |
| Stuart Richard Blatt | | | |

/s/ Jeffrey M. Siskind       11-27-2017

Attorney with permission to sign on Debtor(s)' behalf         Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**