# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

CASE NO.: 17-19159-BKC-PGH
PROCEEDING UNDER CHAPTER 13

IN RE:

STUART RICHARD BLATT
XXX-XX-0000

DEBTOR_____/

## OBJECTION TO EXEMPTIONS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**Robin R. Weiner**, Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), hereby objects to the Debtor's claimed exemptions in Schedule C and states:

1. The Debtor's claim of exemption in personal property by a percentage (cannot exempt precentage for personal property; must exempt an amount) violates the provisions of 11 U.S.C. Section 511, F.S. Section 222.20 and F.S. Section 222.30.

**WHEREFORE**, the Trustee respectfully requests that the claimed exemption(s) be stricken and disallowed.

**I HEREBY CERTIFY** that I am admitted to the Bar of United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Objection to Exemptions and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, to the parties listed on the attached service list this 13th day of December, 2017.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

OBJECTION TO EXEMPTIONS
CASE NO.:  17-19159-BKC-PGH

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
STUART RICHARD BLATT
4570 S. OCEAN BLVD.
APT. 308
HIGHLAND BEACH, FL  33487

**ATTORNEY FOR DEBTOR**
JEFFREY M. SISKIND, ESQUIRE
525 S. FLAGLER DRIVE
SUITE 500
WEST PALM BEACH, FL  33401