UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                                    Case No. 17-19159-PGH
Stuart Richard Blatt                                      Chapter 13

_____Debtor._____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Elizabeth Eckhart, Esq., hereby gives notice of appearance in this cause as Counsel for Creditor, Wells Fargo Bank, N.A. The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding.

For reference, the property address associated with the undersigned representation is 5401 Northwest 2nd Avenue, Unit 229, Boca Raton, FL 33487

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by CM/ECF transmission or standard First Class mail to the following on this 15th day of December, 2017.

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and am in Compliance with additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

Stuart Richard Blatt, 4750 S Ocean Blvd, #308, Highland Beach, FL 33487
Jeffrey M. Siskind, 525 South Flagler Drive, #500, West Palm Beach, FL 33401
Robin R Weiner, POB 559007, Fort Lauderdale, FL 33355
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/Elizabeth Eckhart
Elizabeth Eckhart
FL Bar # 0048958
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-319-5278
Fax: (813) 880-8800
E-mail: eeckhart@logs.com

17-310448