UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No. 17-19159-PGH
STUART RICHARD BLATT,                                      Chapter 13
         Debtor.
_____/

**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**
[re: ECF #41]

COMES NOW, Boca Teeca Condominium No. 2, Inc. ("Creditor Association"), and files its Objection to Confirmation of the Debtor's proposed Amended Chapter 13 Plan, and in support thereof, the Creditor Association states the following:

1. The Creditor Association objects to confirmation of the Debtor's Amended Chapter 13 Plan [ECF #41], as the Plan fails to specify how the Debtor plans to treat the Creditor Association's Claim 13-1.

2. As indicated in said Claim, the Creditor Association is a secured creditor pursuant to Fla. Stat. §718.116 for the Debtor's real property located at 5401 NW 2nd Avenue, #229, Boca Raton, FL 33487 (the "Subject Property") for unpaid condominium assessments and related charges.

3. Notably, the Debtor's Amended Chapter 13 Plan does not propose repayment of the Creditor Association's Claim, does not surrender the Subject Property from the bankruptcy estate, does not place the Creditor Association's Claim within the cram box, nor does it treat the Creditor Association outside of the Plan.

4. In the event that the Debtor fails to further modify or amend the subject Plan to address these issues, the Debtor's Plan cannot be confirmed.

5. As a result of the necessity of preparing and filing this Objection to Confirmation, the Creditor Association has incurred additional attorneys' fees.

WHEREFORE, Creditor Boca Teeca Condominium No. 2, Inc. requests that this Court deny confirmation of the proposed Amended Chapter 13 Plan and grant such other and further relief as the Court deems just and appropriate.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Joseph Arena, Esquire
**Sachs Sax Caplan**
6111 Broken Sound Parkway NW
Suite 200
Boca Raton, FL 33487
(561) 994-4499
Email: jarena@ssclawfirm.com
*Counsel for Boca Teeca Condominium No. 2, Inc.*

By: */s/ Joseph Arena*
Joseph Arena, Esquire
Florida Bar No: 0045290

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served on the 26th day of December, 2017, by electronic transmission via the Court's CM/ECF system upon those parties on the attached Service List and by First Class, U.S. Mail to all parties who were not otherwise served electronically through the Court's CM/ECF system.

*/s/ Joseph Arena*
Joseph Arena, Esquire
Florida Bar No: 0045290

## SERVICE LIST

**Mailing Information for Case 17-19159-PGH**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Bouavone Amphone    bkyecf@rasflaw.com, bamphone@rasflaw.com;ras@ecf.courtdrive.com
- Joseph Arena    jarena@ssclawfirm.com, bankruptcy@ssclawfirm.com;crestivo@ssclawfirm.com
- Steven M Davis    sdavis@bplegal.com
- Elizabeth W Eckhart    eeckhart@logs.com, electronicbankruptcynotices@logs.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jeffrey M Siskind    jeffsiskind@msn.com, jmsesq500@gmail.com
- Deborah S. Sugarman    dsugarman@kayebenderlaw.com
- Jerome L Tepps    courtpapers@teppslawfirm.com;, jerome@teppslawfirm.com;william@teppslawfirm.com;G14314@notify.cincompass.com
- Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com
- Scott R. Weiss    scott.weiss@clegalgroup.com, bankruptcy@clegalgroup.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Synchrony Bank
PRA Receivables Management, LLC
c/o Valerie Smith
PO Box 41021
Norfolk, VA 23541